UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-4521 |
|---|---|---|---|
| Joseph C. Garcia ||||
| *versus* ||||
| Bryan Collier, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jessica I. Felker<br>Office of the Federal Public Defender for the District of Arizona<br>850 W. Adams Street, Ste 201<br>Phoenix, AZ 85007<br>602-382-2816<br>jessica_felker@fd.org<br>IL bar no. 6296357 |
|---|---|

| Name of party applicant seeks to appear for: | Joseph C. Garcia |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/30/2018 | Signed: *[signature]* |
|---|---|
| The state bar reports that the applicant's status is: ||
| Dated: | Clerk's signature |

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                United States District Judge