IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH C. GARCIA,<br>    PETITIONER,<br><br>v.<br><br>BRYAN COLLIER,<br>    EXECUTIVE DIRECTOR OF TEXAS<br>    DEPARTMENT OF CRIMINAL JUSTICE<br><br>LORIE DAVIS,<br>    DIRECTOR OF THE CORRECTIONAL<br>    INSTITUTIONS DIVISION OF TEXAS<br>    DEPARTMENT OF CRIMINAL JUSTICE<br><br>JAMES L. JONES,<br>    SENIOR WARDEN OF THE HUNTSVILLE<br>    UNIT<br>        AND<br><br>JOHN OR JANE DOES (UNKNOWN<br>    EXECUTIONERS) 1-50<br><br>    DEFENDANTS. | CASE NO. 4:18-CV-4521<br><br>**CAPITAL CASE**<br><br>**EXECUTION DATE**<br><br>**DECEMBER 4, 2018** |

**PLAINTIFF'S NOTICE OF APPEAL**

Pursuant to the Court's December 1, 2018 Order denying Plaintiff Garcia's Motion for Preliminary Injunction, ECF No. 5, Garcia hereby gives notice, through undersigned counsel, that Garcia is appealing this Court's Order to the United States Court of Appeals for the Fifth Circuit. Garcia is appealing this Court's decision that

he is not entitled to injunctive relief, declaratory relief, or a stay of execution. The Court's Order denying Plaintiff Motion for Injunctive Relief is an appealable order pursuant to 28 U.S.C. § 1292(a)(1).

Respectfully submitted this 1st day of December, 2018.

> Jon M. Sands
> Federal Public Defender
> District of Arizona
>
> Dale A. Baich
> Jessica L. Felker
>
> s/ Jessica L. Felker
> Attorney-in-Charge
> IL Bar No. 6296357
> *Pro hac vice app. pending*
> 850 West Adams St., Suite 201
> Phoenix, AZ 85007
> (602) 382-2816
> Jessica_Felker@fd.org

2

## CERTIFICATE OF SERVICE

I certify that on December 1, 2018 a true and correct copy of the above pleading was served electronically upon Mr. Jay Clendenin, as he has agreed to accept electronic service on behalf of all Defendants.

>Bryan Collier, Executive Director
>Lorie Davis, Director
>James L. Jones, Senior Warden
>
>c/o Jay Clendenin
>Assistant Attorney General
>Criminal Appeals Division
>Office of the Attorney General of Texas
>Phone: (512) 463-1416
>Fax: (512) 320-8132
>Jay.Clendenin@oag.texas.gov

/s/ Jessica Ward
Assistant Paralegal